THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD A. LOWE, Defendant-Appellant.

(No. 57931;

First District (5th Division)—June 15, 1973.

PER CURIAM.

LORENZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (William C. North and Lee Hettinger, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Ronald Mendes, Assistant State's Attorneys, of counsel,) for the People.